UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 20-20201
CR-UNGARO

UNITED STATES OF AMERICA,
Plaintiff,

vs. ANTONIO GIACCA

NOTICE OF SENTENCING

Defendant.
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable Ursula Ungaro, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on:

JANUARY 22, 2021 @ 11 AM
for imposition of sentence.

On that date, report to: 400 North Miami Avenue, Miami, Florida, 33128, Courtroom No. 12-4, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

IT IS FURTHER ORDERED that a Pre-sentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITES STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Pre-sentence Report.

The parties are reminded that they must comply with the Federal Rules of Criminal Procedure 32(f) and Local Rule 8.8(4). In addition, any objections or motions for variance requiring resolution by the Court at the sentencing hearing MUST be filed with the Court no later than five (5) days prior to the sentencing hearing date, or contact the Deputy Clerk to advise her of any late filings. Likewise, all letters or other materials that any party will seek to have the Court consider at the sentencing hearing must be filed with the Court no later than five (5) days prior to the sentencing hearing date.

The objections, motions, letters, and other materials referred to above may be filed under seal provided that the procedures set forth in Local Rule 5.4 are followed.

The parties are cautioned that the Court will not consider any late-filed objections, motions, letters, or other materials at the sentencing absent a showing of good cause and courtesy notification by telephone to Chambers of the late filing.

ANGELA E. NOBLE
COURT ADMINISTRATOR – CLERK OF COURT
By: Kathryn B. Harlan (305) 523-5555
Deputy Clerk

[ ]   GUILTY PLEA

[ ]   TRIAL            DATE: _____

[ ]   BOND             AUSA: _____

[ ]   CUSTODY

[ ]   ORAL             DEFT'S CSL: _____

[ ]   WRITTEN          TO COUNTS: _____

cc:   All Counsel
      Probation